IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JERRY L. SHINABERRY, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 1:07-CV-28
)
MICHAEL J. ASTRUE,[1] )
COMMISSIONER OF )
SOCIAL SECURITY, )
)
    Defendant.

## ORDER

Upon consideration of the Defendant's Motion to File Brief in Excess of Page Limit, filed this date and bearing Docket Entry Number 10, and for good cause shown therein, it is hereby accordingly

**ORDERED** that Defendant's Brief in Support of Summary Judgment may exceed the fifteen page limit, but limited to a maximum of twenty-three pages.

Date: July 12, 2007

*[signature]*
UNITED STATES MAGISTRATE JUDGE

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for former Commissioner Jo Anne B. Barnhart, (or Acting Commissioner Linda L. McMahon [if the caption was changed previously]) as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).