IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JERRY SHINABERRY,**

    **Plaintiff,**

v.                                           Civil Action No. 1:07CV28
                                                  (Judge Keeley)

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER GRANTING MOTION TO EXTENSION OF TIME

On January 10, 2008, counsel for the plaintiff, Jerry Shinaberry, filed a motion for extension of time in which to file a response to the report and recommendations of the Magistrate Judge. As ground for the motion, counsel states that she did not receive a copy of the report and recommendation until January 10, 2008 and that she will be out of the office for several days due to a medical emergency. Good cause having been shown, the Court **GRANTS** the motion (Docket No. 14).

Accordingly, it is **ORDERED** that the response to the report and recommendation are due on or before **January 30, 2008**.

The Clerk is directed to transmit copies of this order to the to counsel of record.

DATED: January 15, 2008

                                                             /s/ Irene M. Keeley
                                                             IRENE M. KEELEY
                                                             UNITED STATES DISTRICT JUDGE